UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                         CHAPTER 13 CASE

George William Greenler               CASE NO. 08-35582
Kelly Nurjaty Greenler
                                         ORDER
             Debtors.

_____

This case came before the court on the motion of US Bank N.A., seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. That movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 26, 2006, executed by George W Greenler and Kelly N Greenler husband and wife , recorded on July 26, 2006, as Document No.1107702 , covering real estate located in Olmsted County, Minnesota, legally described as:

> Lot 7 Block 2 South Pointe Third in the City of Rochester, Olmsted County Minnesota
> And commonly known as 6418 Pebble Lane SW, Rochester, Minnesota 55902-2530

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: October 6, 2010

/e/ Dennis D. O'Brien
_____
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/06/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk